**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6944**

DWAYNE WILLIAMS,

              Plaintiff - Appellant,

      v.

SAMUEL B. GLOVER; ROBERT M. STEWARD; BARBARA A. SCOTT; JON
E. OZMINT; JOHN DOE; JANE DOE,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Terry L. Wooten, District Judge.
(6:10-cv-01591-TLW)

Submitted:  December 12, 2011      Decided:  January 9, 2012

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwayne Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Williams' 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Glover, No. 6:10-cv-01591-TLW (D.S.C. July 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2